UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:14-bk-04797- PMG
Chapter 13

In re:
Debra Pelagio Neitzel
        Debtor.
_____/

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM 7

This case came before the Court on January 10, 2015, on the Debtor's Objection to Claim 7 filed by Army & Air Force Exchange Services. Based on the evidence presented, and no parties objected, the Court finds that the Debtors' Objection to Claim 7 was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within thirty (30) days of the date of services. Claim 7 shall be disallowed.

It is ORDERED:

1. The Debtor's Objection to Claim 7 is sustained.

2. Claim 7 is disallowed as a secured claim and shall be treated as a wholly unsecured claim, receiving a pro-rata distribution.

DONE and ORDERED in Jacksonville, Florida, this 18th day of February, 2015

_____
Paul M. Glenn
United States Bankruptcy Judge

**Erin S. Baggett, Esquire**, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of the entry of the Order.